# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CAPRONI, VALERIE E. | SOUTHERN DISTRICT OF NEW YORK | 11-14-2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE | [✓] Nomination  Date 11-14-2012  <br> [ ] Initial  [ ] Annual  [ ] Final <br> 5b. [ ] Amended Report | 01/01/2011 <br> to <br> 09/31/2012 |

**7. Chambers or Office Address**

2980 FAIRVIEW PARK DRIVE
M/S 12161A
FALLS CHURCH, VA 22042

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1 | VICE PRESIDENT AND DEPUTY GENERAL COUNSEL | NORTHROP GRUMMAN CORP. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 01.11.2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2012 | NORTHROP GRUMMAN SALARY AND BONUS | $411,629.00 |
| 2 | 2011 | NORTHROP GRUMMAN SALARY AND BONUS | $121918.00 |
| 3 | 2010 | NO REPORTABLE INCOME | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Include those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | EXEMPT | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 11/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 11/14/2012 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | Exempt | | | | |
| 2. AES COMMON STOCK | | None | J | T | | | | | |
| 3. --CISCO SYSTEMS COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. --WALT DISNEY CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 5. --DUKE ENERGY CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. --EXPRESS SCRIPTS HOLDING CO COMMON STOCK | | None | K | T | | | | | |
| 7. --GAP INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. --INTEL CORP. COMMON STOCK | B | Dividend | K | T | | | | | |
| 9. --JP MORGAN CHASE & CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. --KEYCORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. --LSI CORP. COMMON STOCK | | None | J | T | | | | | |
| 12. --MERCK & CO COMMON STOCK | C | Dividend | K | T | | | | | |
| 13. --PFIZER INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. --FORD MOTOR CO. COMMON STOCK | | None | J | T | | | | | |
| 15. --SYNOVUS FINANCIAL CORP. COMMON STOCK | | None | J | T | | | | | |
| 16. -PIMCO TOTAL RETURN FUND | A | Dividend | J | T | | | | | |
| 17. -SCHWAB TAX FREE BOND FUND | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 01-14-2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | --AMERICAN CENTURY EQUITY INCOME FUND | B | Dividend | K | T | | | | | |
| 19. | --GABELLI SMALL CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 20. | --LAUDUS INTERNATIONAL MARKETMASTERS FUND | A | Dividend | L | T | | | | | |
| 21. | --SCHWAB 1000 INDEX FUND | C | Dividend | L | T | | | | | |
| 22. | --SCHWAB BANK CASH DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 23. | IRA #1 | D | Dividend | N | T | | | | | |
| 24. | --AMERICAN CENTURY INVESTMENTS ZERO COUPON 2015 FUND | | | | | | | | | |
| 25. | --AMERICAN CENTURY INVESTMENTS ZERO COUPON 2025 FUND | | | | | | | | | |
| 26. | --LAUDUS MONDRIAN INTERNATIONAL FIXED INCOME FUND | | | | | | | | | |
| 27. | --PIMCO TOTAL RETURN FUND | | | | | | | | | |
| 28. | --VANGUARD GNMA FUND | | | | | | | | | |
| 29. | JP MORGAN CHASE CASH ACCOUNTS | A | Interest | L | T | | | | | |
| 30. | WELLS FARGO CASH ACCOUNTS | A | Interest | M | T | | | | | |
| 31. | JUSTICE FEDERAL CREDIT UNION CASH ACCOUNT | A | Interest | | | | | | | |
| 32. | 401K #1 | | None | L | U | | | | | |
| 33. | -- NORTHROP GRUMMAN US FIXED INCOME FUND | | | | | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3) N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
4. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 11/14/2012 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. -- NORTHROP GRUMMAN LARGE US EQUITY FUND | | | | | | | | | |
| 35. -- NORTHROP GRUMMAN INTERNATIONAL EQUITY FUND | | | | | | | | | |
| 36. -- NORTHROP GRUMMAN SMALL US EQUITY FUND | | | | | | | | | |
| 37. -- NORTHROP GRUMMAN EMERGING MARKETS EQUITY FUND | | | | | | | | | |
| 38. 401K #2 | B | Dividend | M | V | | | | | |
| 39. -- FIRST MANHATTAN FUND | | | | | | | | | |
| 40. -- RUANE CUNNIFF & GOLDFARB FUND | | | | | | | | | |
| 41. -- TWEEDY BROWNE GLOBAL FUND | | | | | | | | | |
| 42. -- PIMCO TOTAL RETURN FUND | | | | | | | | | |
| 43. NATIONAL LIFE INSURANCE WHOLE LIFE POLICIES | | None | K | T | | | | | |
| 44. US SAVINGS BONDS | | None | K | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 11/14/2012 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. 401K #2: VALUE METHOD FOR ALL FUNDS IN THAT ACCOUNT ARE BASED ON CASH MARKET EXCEPT FOR RUANE CUNNIFF & GOLDFARB FUND, WHICH IS NOT PUBLICLY AVAILABLE. ITS VALUE IS REPORTED AT BOOK VALUE.

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 11/14/2012 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ VALERIE E. CAPRONI

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 233 | 756 | Notes payable to banks-secured | | | |
| U.S. Government securities – see schedule | | 42 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 856 | 831 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 119 | 613 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 413 | 000 |
| Real estate owned – personal residence | | 950 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 6 | 000 | Credit cards are paid off each month | | | |
| Cash value-life insurance | | 17 | 698 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 551 | 372 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 413 | 000 |
| | | | | Net Worth | 2 | 364 | 270 |
| Total Assets | 2 | 777 | 270 | Total liabilities and net worth | 2 | 777 | 270 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |